UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Warren Brumel, Esq. (wb3626)
Attorney for Debtor
PO Box 181
Keyport, NJ 07735
732-264-3400

Order Filed on December 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Lori A. Hendrick

| | |
|---|---|
| Case No.: | 17-10294 |
| Chapter: | 13 |
| Judge: | MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 15, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Warren Brumel, Esq. _____, the applicant, is allowed

a fee of $ _____ 400.00 _____ for services rendered and expenses in the amount of

$_____ 0 _____ for a total of $_____ 400.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ * _____ per month for

_____ months to allow for payment of the above fee.

*Payment to be determined by the bankruptcy trustee

*rev.8/1/15*

2