UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lori A. Hendrick,

Case No.: 17-10294
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

On 6/18/18, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on July 16, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 4 Churchill Downs, West Long Branch, NJ - $200,000

Liens on property: $340,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

*rev.8/1/15*

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                               Case No. 17-10294-MBK
Lori A. Hendrick                                                     Chapter 7
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2         Date Rcvd: Jun 19, 2018
                               Form ID: pdf905             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
db            +Lori A. Hendrick,    4 Churchill Downs,    W Long Branch, NJ 07764-1329
516582472     +Bank of America,    Att: Client Services, Inc.,     3451 Harry S. Truman Blvd.,
                Saint Charles, MO 63301-9816
516582473      Bank of America Home Loans,     Bankruptcy Dept,    PO Box 21848,    Greensboro, NC 27420-1848
516756090     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516774502     +Bank of America, N.A.,    C/O Ditech Financial LLC,     2100 East Elliot Road,
                Bldg. 94, Department T-120,    Tempe, AZ 85284-1806
516582474      Capital One Bank,    Att: Hayt, Hayt & Landau, LLC,     PO Box 500,    Eatontown, NJ 07724-0500
516582475      Chase,    PO Box 15298,    Att: Bankruptcy Dept,    Wilmington, DE 19850-5298
516582477     +DiTech Financial LLC,    1100 Virginia Drive,     Ste 100A,    Fort Washington, PA 19034-3276
516582478      Ditech Financial LLC s/f Bank of America,     PO Box 6172,    Rapid City, SD 57709-6172
516582479     +FMA Alliance, Lt.,    12339 Cutten Road,    Houston, TX 77066-1807
516582480      Jersey Shore University Medical Center,     Att: Celentano, Stadtmauer & Walentowicz,
                PO Box 2594,    Clifton, NJ 07015-2594
516582481     +Lehman XS Trust Mortgage US Bank Trustee,     Att: Pluese Becker,    20000 Horizon Way #900,
                Mount Laurel, NJ 08054-4318
516582482     +Limited/WFNNB,    PO Box 182128,    Columbus, OH 43218-2128
516582484      McGovern Legal Services, LLC,     PO Box 1111,    New Brunswick, NJ 08903-1111
516582485     +Mews of Turtle Mills Condo Assoc,     107 Monmouth Rd,    West Long Branch, NJ 07764-1000
516653390      Mews of Turtle Mills Condominium Association, Inc.,      c/o McGovern Legal Services, LLC,
                PO Box 1111,    New Brunswick, NJ 08903-1111
516582488     +Pluese Becker & Saltzman,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
516582489     +Specialized Loan Servicing LLC,     8742 Lucent Blvd,    Suite 300,
                Highlands Ranch, CO 80129-2386
516582490      Target Card Services,    3901 West 53rd Street,    Sioux Falls, SD 57106-4216
516636241     +U.S. Bank N.A., Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2018 23:56:03      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2018 23:56:00      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516582471     +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:17      Banana Republic,
                Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
516661690      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 00:08:22
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516648875     +E-mail/Text: bankruptcy@cavps.com Jun 19 2018 23:56:18      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516582476      E-mail/Text: mrdiscen@discover.com Jun 19 2018 23:55:05      Discover,    PO Box 30943,
                Salt Lake City, UT 84130
516591724      E-mail/Text: mrdiscen@discover.com Jun 19 2018 23:55:05      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516582482     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2018 23:55:40      Limited/WFNNB,
                PO Box 182128,    Columbus, OH 43218-2128
516582483     +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:10      Lord & Taylor,
                Att: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
516762813     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2018 23:55:59      MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
516582486      E-mail/Text: bnc@nordstrom.com Jun 19 2018 23:55:15      Nordstrom,    P.O. Box 6565,
                Englewood, CO 80155-6565
516582487     +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:08:24      Old Navy,    Att: Bankruptcy Dept,
                PO Box 103104,    Roswell, GA 30076-9104
516598548      E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2018 23:55:53
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517401642      E-mail/Text: bkdepartment@rtresolutions.com Jun 19 2018 23:56:15
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
517401643      E-mail/Text: bkdepartment@rtresolutions.com Jun 19 2018 23:56:15
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029,    Real Time Resolutions, Inc.,
                1349 Empire Central Drive, Suite #150,    Dallas, Texas 75247-4029
516778802     +E-mail/Text: bncmail@w-legal.com Jun 19 2018 23:56:13      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516582491      E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 00:09:07      TJ Maxx/Synchrony Bank,
                Att: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 17
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jun 19, 2018
                              Form ID: pdf905          Total Noticed: 36

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Mews of Turtle Mills Condominium Association, Inc.,   c/o McGovern Legal Services, LLC,
               PO Box 1111,   New Brunswick, NJ   08903-1111
                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Barry  Frost    trustee@teichgroh.com,  NJ94@ecfcbis.com
          Marlena S. Diaz-Cobo    on behalf of Creditor   Mews of Turtle Mills Condominium Association, Inc.
           collections@theassociationlawyers.com
          Rebecca Ann Solarz    on behalf of Creditor   Lehman XS Trust Mortgage Pass-Through Certificates,
           Series 2005-7N, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren  Brumel    on behalf of Debtor Lori A. Hendrick wbrumel@keyportlaw.com,
           brumellawecf@gmail.com
                                                                                       TOTAL: 6
```