Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  17–10294–MBK
          Chapter:  7
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lori A. Hendrick
  fka Lori A. Wisnieski
  4 Churchill Downs
  W Long Branch, NJ 07764

Social Security No.:
  xxx–xx–2959

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 27, 2018</u>                <u>Michael B. Kaplan</u>
                                        Judge, United States Bankruptcy Court