**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lori A. Hendrick | Social Security number or ITIN  xxx–xx–2959 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _  EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–10294–MBK | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Lori A. Hendrick
   fka Lori A. Wisnieski

_7/27/18_                                                       **By the court:** _Michael B. Kaplan_
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-10294-MBK
Lori A. Hendrick                                                      Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jul 27, 2018
                              Form ID: 318             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db            +Lori A. Hendrick,   4 Churchill Downs,   W Long Branch, NJ 07764-1329
516582472     +Bank of America,    Att: Client Services, Inc.,   3451 Harry S. Truman Blvd.,
               Saint Charles, MO 63301-9816
516756090     +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
516774502     +Bank of America, N.A.,    C/O Ditech Financial LLC,   2100 East Elliot Road,
               Bldg. 94, Department T-120,   Tempe, AZ 85284-1806
516582474      Capital One Bank,   Att: Hayt, Hayt & Landau, LLC,   PO Box 500,   Eatontown, NJ 07724-0500
516582477     +DiTech Financial LLC,   1100 Virginia Drive,   Ste 100A,   Fort Washington, PA 19034-3276
516582478      Ditech Financial LLC s/f Bank of America,   PO Box 6172,   Rapid City, SD 57709-6172
516582479     +FMA Alliance, Lt.,   12339 Cutten Road,   Houston, TX 77066-1807
516582480      Jersey Shore University Medical Center,   Att: Celentano, Stadtmauer & Walentowicz,
               PO Box 2594,   Clifton, NJ 07015-2594
516582481     +Lehman XS Trust Mortgage US Bank Trustee,   Att: Pluese Becker,   20000 Horizon Way #900,
               Mount Laurel, NJ 08054-4318
516582484      McGovern Legal Services, LLC,   PO Box 1111,   New Brunswick, NJ 08903-1111
516582485     +Mews of Turtle Mills Condo Assoc,   107 Monmouth Rd,   West Long Branch, NJ 07764-1000
516653390      Mews of Turtle Mills Condominium Association, Inc.,   c/o McGovern Legal Services, LLC,
               PO Box 1111,   New Brunswick, NJ 08903-1111
516582488     +Pluese Becker & Saltzman,   20000 Horizon Way,   Suite 900,   Mount Laurel, NJ 08054-4318
516582489     +Specialized Loan Servicing LLC,   8742 Lucent Blvd,   Suite 300,
               Highlands Ranch, CO 80129-2386
516636241     +U.S. Bank N.A., Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:20:03    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:20:01    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516582471     +EDI: RMSC.COM Jul 28 2018 03:08:00    Banana Republic,   Bankruptcy Department,
               PO Box 103104,   Roswell, GA 30076-9104
516582473      EDI: BANKAMER.COM Jul 28 2018 03:08:00    Bank of America Home Loans,   Bankruptcy Dept,
               PO Box 21848,   Greensboro, NC 27420-1848
516661690      EDI: CAPITALONE.COM Jul 28 2018 03:08:00    Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
516648875     +E-mail/Text: bankruptcy@cavps.com Jul 27 2018 23:20:14    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
516582475      EDI: CHASE.COM Jul 28 2018 03:08:00    Chase,   PO Box 15298,   Att: Bankruptcy Dept,
               Wilmington, DE 19850-5298
516582476      EDI: DISCOVER.COM Jul 28 2018 03:08:00    Discover,   PO Box 30943,   Salt Lake City, UT 84130
516591724      EDI: DISCOVER.COM Jul 28 2018 03:08:00    Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
516582482     +EDI: WFNNB.COM Jul 28 2018 03:08:00    Limited/WFNNB,   PO Box 182128,
               Columbus, OH 43218-2128
516582483     +EDI: RMSC.COM Jul 28 2018 03:08:00    Lord & Taylor,   Att: Bankruptcy Department,
               PO Box 103104,   Roswell, GA 30076-9104
516762813     +EDI: MID8.COM Jul 28 2018 03:08:00    MIDLAND FUNDING LLC,   PO Box 2011,
               Warren, MI 48090-2011
516582486      E-mail/Text: bnc@nordstrom.com Jul 27 2018 23:19:35    Nordstrom,   P.O. Box 6565,
               Englewood, CO 80155-6565
516582487     +EDI: RMSC.COM Jul 28 2018 03:08:00    Old Navy,   Att: Bankruptcy Dept,   PO Box 103104,
               Roswell, GA 30076-9104
516598548      EDI: Q3G.COM Jul 28 2018 03:08:00    Quantum3 Group LLC as agent for,   Comenity Bank,
               PO Box 788,   Kirkland, WA 98083-0788
517401642      E-mail/Text: bkdepartment@rtresolutions.com Jul 27 2018 23:20:09
               Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
517401643      E-mail/Text: bkdepartment@rtresolutions.com Jul 27 2018 23:20:09
               Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029,   Real Time Resolutions, Inc.,
               1349 Empire Central Drive, Suite #150,   Dallas, Texas 75247-4029
516778802     +E-mail/Text: bncmail@w-legal.com Jul 27 2018 23:20:08    TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516582491      EDI: RMSC.COM Jul 28 2018 03:08:00    TJ Maxx/Synchrony Bank,   Att: Bankruptcy Dept,
               PO Box 965060,   Orlando, FL 32896-5060
516582490      EDI: WTRRNBANK.COM Jul 28 2018 03:08:00    Target Card Services,   3901 West 53rd Street,
               Sioux Falls, SD 57106-4216
                                                                                              TOTAL: 20

```
District/off: 0312-3           User: admin              Page 2 of 2          Date Rcvd: Jul 27, 2018
                               Form ID: 318             Total Noticed: 36
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Mews of Turtle Mills Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,
              PO Box 1111,   New Brunswick, NJ   08903-1111
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Barry    Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Marlena S. Diaz-Cobo    on behalf of Creditor   Mews of Turtle Mills Condominium Association, Inc.
               collections@theassociationlawyers.com
              Rebecca Ann Solarz    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
               Series 2005-7N, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren   Brumel    on behalf of Debtor Lori A. Hendrick wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                         TOTAL: 6